ACCEPTED
06-15-00076-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/22/2015 11:53:41 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 06-15-00076-CR

Appellate Case Style: Style: Justin David Owens

Vs. State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

6/22/2015 11:53:41 AM

DEBBIE AUTREY
Clerk

Companion Case:

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|

**I. Appellant**

First Name: Justin

Middle Name: David

Last Name: Owens

Suffix:

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

**II. Appellant Attorney(s)**

☒ Lead Attorney

First Name: Mitch

Middle Name:

Last Name: Adams

Suffix:

☒ Appointed     ☐ District/County Attorney
☐ Retained      ☐ Public Defender

Firm Name: Mitch Adams, Attorney at Law

Address 1: 216 West Erwin Street

Address 2: Suite 350

City: Tyler

State: Texas                Zip+4: 75702

Telephone: 903-630-7444          ext.

Fax: 903-471-0147

Email: mitchadams@mitchadamslaw.com

SBN: 24006737

Add Another Appellant/
Attorney

## III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Micheal

Middle Name:

Last Name: Jimerson

Suffix:

☐ Appointed      ☒ District/County Attorney

☐ Retained       ☐ Public Defender

Firm Name: Rusk County District Attorney's Office

Address 1: Rusk County Courthouse

Address 2: 115 North Main Street, Suite 302

City: Henderson

State: Texas          Zip+4: 75652

Telephone: 903-657-2265      ext.

Fax: 903-657-0329

Email:

SBN: 00789406

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 21, 2015

Offense charged: Aggravated Assault with a Deadly Weapon

Date of offense: September 15, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 13, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 3 years confinement TDCJ, no fine

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:        ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other: ☐ Yes  ☐ No                           If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes  ☒ No  ☐ NA     If yes, date filed:

Date of hearing:                         ☐ NA

Date of order:                           ☐ NA

Ruling on motion: ☐ Granted  ☐ Denied  ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 4th District Court

County: Rusk

Trial Court Docket Number (Cause no): CR14-344

Trial Court Judge (who tried or disposed of the case):

First Name: J.

Middle Name: Clay

Last Name: Gossett

Suffix:

Address 1: Rusk County Courthouse

Address 2: 115 North Main Street, Suite 303

City: Henderson

State: Texas          Zip + 4: 75652

Telephone: 903-657-0358     ext.

Fax: 903-655-1250

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?   ☐ Yes  ☒ No

If yes, date requested:

If no, date it will be requested:  Jun 24, 2015

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☐ Yes  ☒ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Terri

Middle Name:

Last Name: Bolinger

Suffix:

Address 1: Rusk County Courthouse

Address 2: 115 North Main Street, Suite 303

City: Henderson

State: Texas          Zip + 4: 75652

Telephone: 903-657-0359     ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                  Court:

Style:

    Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                 Date:   June 22, 2015

_____               State Bar No: 24006737

Printed Name:

Electronic Signature:  Mitch Adams                  Name:  Mitch Adams

     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 22, 2015      .

_____

Signature of counsel (or pro se party)         Electronic Signature: Mitch Adams

                                                 (Optional)

                                  State Bar No.:   24006737

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

               (1) the date and manner of service;

               (2) the name and address of each person served, and

               (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 22, 2015

Manner Served: Fax

First Name: Micheal

Middle Name:

Last Name: Jimerson

Suffix:

Law Firm Name: Rusk County District Attorney's Office

Address 1: Rusk County Courthouse

Address 2: 115 North Main Street, Suite 302

City: Henderson

State Texas    Zip+4: 75652

Telephone: 903-657-2265    ext.

Fax: 903-657-0329

Email: